# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RON ARCHIBALD**  **PETITIONER**
Reg. # 35916-001

**v.**     Case No. 2:20-cv-131-LPR-BD

**DEWAYNE HENDRIX, Warden,**  **RESPONDENT**
**Federal Correctional Institution,**
**Forrest City, Arkansas**

## ORDER

Ron Archibald pleaded guilty in the Northern District of Alabama to one count of being a felon in possession of a firearm. Plea Agreement, *United States v. Archibald*, 1:17-CR-465-KOB-JHE-1 N.D. Ala. (Jul. 16, 2018). The Court sentenced Mr. Archibald to the Bureau of Prisons (BOP) for 37 months. Judgment, *United States v. Archibald*, 1:17-CR-465-KOB-JHE-1 N.D. Ala. (Jan. 14, 2019). He is currently serving his federal sentence at the Federal Correctional Complex in Forrest City, Arkansas. (Doc. 1).

Mr. Archibald filed a request for compassionate release with this Court. (Doc. 1). Compassionate release requests like this one are governed by 18 U.S.C. § 3582(c)(1)(A). But jurisdiction to rule on such requests resides with the sentencing court alone. To pursue his request for compassionate release, Mr. Archibald must move for release in the district court that imposed the sentence, the Northern District of Alabama. Accordingly, Ron Archibald's petition (Doc. 1) is DISMISSED without prejudice for lack of jurisdiction.[1]

---

[1] The Clerk filed Mr. Archibald's submission as a petition for writ of habeas corpus brought under 28 U.S.C. § 2241, and the case was thus automatically referred to Magistrate Judge Beth Deere. The Court withdraws the referral.

IT IS SO ORDERED this 16th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE