# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RON ARCHIBALD**  **PETITIONER**
Reg. # 35916-001

v.　　　　　　　　　　Case No. 2:20-cv-131-LPR-BD

**DEWAYNE HENDRIX, Warden,**　　　　　　　　　　**RESPONDENT**
**Federal Correctional Institution,**
**Forrest City, Arkansas**

## JUDGMENT

Pursuant to the Order entered on June 16, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 16th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE